# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DAMON POWELL, | Case No. 2:18-cv-02378-JAD-CWH |
| Plaintiff, | **ORDER** |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants. | |

The court is in receipt of a complaint filed by plaintiff Damon Powell. (ECF No. 1-1.) Plaintiff's complaint does not include an application to proceed *in forma pauperis*, nor has plaintiff paid the $400.00 filing fee. Plaintiff is advised that under 28 U.S.C. § 1914(a), a filing fee of $350.00 is required to commence a civil action in district court. Additionally, based on the Judicial Conference Schedule of Fees, District Court Miscellaneous Fee Schedule, effective September 1, 2018, a $50.00 administrative fee applies for filing a civil action in district court, making the total filing fee $400.00. Under 28 U.S.C. § 1915(a)(1), the court may authorize the commencement of a civil case "without prepayment of fees and costs or security therefor." A prisoner seeking to commence a civil action without the prepayment of fees must complete an application to proceed *in forma pauperis* and attach (1) an inmate account statement for the past six months, and (2) a properly executed financial certificate. 28 U.S.C. § 1915(a)(2); LR LSR 1-2. Thus, plaintiff must either pay the $400.00 filing fee or submit an application to proceed *in forma pauperis* within 30 days of this order.

IT IS THEREFORE ORDERED that plaintiff Powell must pay the $400.00 filing fee or submit a complete application to proceed *in forma pauperis* within 30 days of this order.

DATED: December 19, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE