# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DAMON POWELL, | Case No. 2:18-cv-02378-JAD-CWH |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

On December 19, 2018, the court entered an order denying plaintiff Damon Powell's application to proceed *in forma pauperis*. (Order (ECF No. 3).) Plaintiff was ordered to pay the $400.00 filing fee within 30 days of the court's order. (*Id.*) Plaintiff's deadline to pay the $400.00 filing fee was January 18, 2019. To date, plaintiff has not paid the $400.00 filing fee. Thus, it appears plaintiff has abandoned this case.

IT IS THEREFORE RECOMMENDED that plaintiff's case be DISMISSED without prejudice.

**NOTICE**

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: January 24, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE